UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KELLY A. MOORES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant | CASE NO.　　2:17-CV-02334-EFB<br><br>ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR REMAND |

ORDER

Good cause having been shown, it is hereby ordered that Plaintiff shall serve Motion for Summary Judgment and/or Remand on or before May 14, 2018. All other deadlines stated in Scheduling Order (ECF No. 3) are adjusted accordingly.

Dated: April 24, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING JT. MOT. TO EXTEND DEADLINE