UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY A. MOORES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:17-cv-2334-EFB<br><br><br>ORDER |

On March 29, 2019, the court denied plaintiff's motion for summary judgment, granted the Commissioner's cross-motion for summary judgment, and entered judgment accordingly. ECF Nos. 21 & 22. On May 28, 2019, plaintiff filed a notice of appeal (ECF No. 23) and, shortly thereafter, a request to proceed *in forma pauperis* on appeal (ECF No. 24).

Plaintiff's application to proceed *in forma pauperis* satisfies the requirements of Rule 24(a) of the Federal Rules of Appellate Procedure. Accordingly, it is hereby ORDERED that plaintiff's request to proceed *in forma pauperis* on appeal (ECF No. 24) is granted. The Clerk is directed to serve a copy of this order on the U.S. Court of Appeals for the Ninth Circuit.

DATED: May 29, 2019.

　　　　　　　　　　　　　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE